In the Matter of the Appraisal for Taxation of the Estate of JOHN W. MASURY, Deceased.

JOHN M. MASURY, Appellant and Respondent; THE BROOKLYN TRUST COMPANY, Appellant and Respondent.

THE TREASURER OF SUFFOLK COUNTY, Respondent and Appellant; F. L. M. MASURY, Respondent and Appellant.

*Matter of Masury*, 28 App. Div. 580, affirmed.
(Argued April 17, 1899; decided May 2, 1899.)

CROSS-APPEALS from an order of the Appellate Division of the Supreme Court in the second judicial department, entered April 26, 1898, which modified, and as modified affirmed an order of the surrogate of Suffolk county confirming the report of an appraiser appointed to assess a tax under the Transfer Tax Act.

*J. Noble Hayes* for J. M. Masury and the Brooklyn Trust Company.

*T. Ludlow Chrystie* and *Horace I. Brightman* for F. L. M. Masury.

*Robert B. Bach* for county treasurer.

Order affirmed, with costs; no opinion.
All concur.